1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**WESTERN DIVISION**

11
12

RAYMOND GOMEZ,          )    No.  CV 08-3155-PLA
                     )

13

          Plaintiff,    )
                     )    **JUDGMENT**

14

         v.             )

15

MICHAEL J. ASTRUE,      )
COMMISSIONER OF SOCIAL    )

16

SECURITY ADMINISTRATION,   )
                     )

17

         Defendant.   )
_____)

18
19

    In accordance with the Memorandum Opinion filed concurrently herewith,

20

    IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

21

Security Administration, is affirmed consistent with the Memorandum Opinion.

22
23
24

DATED: July 31, 2009

                                 _____

25

                                     PAUL L. ABRAMS
                      UNITED STATES MAGISTRATE JUDGE

26
27
28